KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
200 West 41st Street, 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt
*Co-counsel to Carbon Investment Partners, LLC*
*and Carbon Master Fund, L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| LEE ALEXANDER BRESSLER, | : | |
| | : | |
| | : | Case No. 18-13098 (MG) |
| Debtor. | : | |
| | : | |

------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Klestadt Winters Jureller Southard & Stevens, LLP and Braunhagey & Borden, LLP hereby appear as co-counsel for Carbon Investment Partners, LLC and Carbon Master Fund, L.P. Pursuant to Rules 2002, 7005 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Klestadt Winters Jureller Southard & Stevens, LLP and Braunhagey & Borden, LLP request that all notices given or required to be given in these cases, and all papers served or required to be served in this case, be given and served upon the undersigned at the following office addresses:

Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036
Attn: Tracy L. Klestadt
(212) 972-3000
tklestadt@klestadt.com

-and-

BRAUNHAGEY & BORDEN LLP
J. Noah Hagey
7 Times Square, 27th Floor
New York, NY 10036
hagey@braunhagey.com

-and-

BRAUNHAGEY & BORDEN LLP
Ronald J. Fisher (pro hac vice forthcoming)
Taylor Altman (pro hac vice forthcoming)
351 California Street, 10th Floor
San Francisco, CA 94104
fisher@braunhagey.com
altman@braunhagey.com

**PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the above-named debtor or debtor in possession, or the property of such debtor or the debtor's estate.

Dated: New York, New York
November 9, 2018

        KLESTADT WINTERS JURELLER
        SOUTHARD & STEVENS, LLP

        By:  */s/ Tracy L. Klestadt*
            Tracy L. Klestadt
            200 West 41st Street, 17th Floor
            New York, NY 10036
            Tel: (212) 972-3000
            Fax: (212) 972-2245
            Email: tklestadt@klestadt.com
            *Co-counsel to Carbon Investment Partners,*
            *LLC and Carbon Master Fund, L.P.*