ROSEN & ASSOCIATES, P.C.
Attorneys for the Debtor
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen

**UNITED STATES BANKRPUTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>LEE ALEXANDER BRESSLER,<br><br>                         Debtor. | Chapter 7<br><br>Case No.: 18-13098 (MG) |

**CERTIFICATE OF NO OBJECTION TO PROPOSED**
**ORDER EXTENDING TIME TO FILE SCHEDULES**
**AND STATEMENT OF FINANCIAL AFFAIRS**

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE:

The undersigned counsel, respectfully states that:

      1.      On October 26, 2018, the above-captioned Debtor, by its undersigned counsel, filed and served the Notice of Presentment of Proposed Order, Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, Extending Time to File Schedules and Statement of Financial Affairs [Docket No. 11] (the "**Notice of Presentment**"), and an Application of the Debtor for an Order Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, Extending Time to File Schedules and Statement of Financial Affairs [Docket No. 10] (the "**Proposed Order**").

      2.      The Notice of Presentment set forth that objections to the entry of the Proposed Order were to be filed and served, so that they were actually received no later than November 6, 2018.

        3.        The undersigned counsel hereby certifies that, as of the date hereof, no objection to the entry of the Proposed Order has been received. The undersigned counsel further certifies that he has reviewed the docket in this case and no objection to the entry of the Proposed Order appears thereon.

        4.        In accordance with Rule 9075-2 of the Local Bankruptcy Rules for the Southern District of New York, this certificate is being filed at least forty-eight (48) hours after expiration of the deadline for parties to file and serve any objections to the entry of the Proposed Order.

        5.        Due to the foregoing, it is respectfully requested that the Court enter the Proposed Order, a copy of which is attached hereto as Exhibit "A".

Dated: November 13, 2018
       New York, New York

                                                                         ROSEN & ASSOCIATES, P.C.
                                                                       *Counsel for the Debtor*

                                                                       By: /s/   Sanford P. Rosen
                                                                              Sanford P. Rosen

                                                                       747 Third Avenue
                                                                       New York, NY 10017-2803
                                                                       (212) 223-1100