KLESTADT WINTERS JURELLER  
  SOUTHARD & STEVENS, LLP  
200 West 41st Street, 17th Floor  
New York, NY 10036  
Telephone: (212) 972-3000  
Facsimile: (212) 972-2245  
Tracy L. Klestadt  
*Co-counsel to Carbon Investment Partners, LLC*  
*and Carbon Master Fund, L.P.*

Hearing Date: December 4, 2018 at  
  3:00 p.m.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
---------------------------------------------------------------x  
In re                                               :  
                                                 :    Chapter 11  
LEE ALEXANDER BRESSLER,          :  
                                                 :  
                                                 :    Case No. 18-13098 (MG)  
                      Debtor.            :  
                                                 :  
---------------------------------------------------------------x

**NOTICE OF HEARING ON MOTION OF CREDITORS**  
**CARBON INVESTMENT PARTNERS, LLC AND CARBON MASTER FUND L.P. FOR**  
**<u>RELIEF FROM THE AUTOMATIC STAY</u>**

    **PLEASE TAKE NOTICE** that upon the application of Carbon Invstment Partners, LLC and Carbon Master Fund L.P. ("Carbon") by their attorneys, Klestadt Winters Jureller Southard & Stevens, LLP and Braunhagey & Borden LLP, the undersigned will move this Court before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY on December 4, 2018, at 3:00 p.m. or as soon thereafter as counsel may be heard (the "Hearing Date") for the entry of an order, pursuant to 11 U.S.C. §362(d), lifting the automatic stay to permit Carbon to continue with their arbitration proceeding against the Debtor pending before the American Arbitration Association in Oklahoma City, Oklahoma.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in said motion shall be in writing, shall confirm to the Federal Rules of Bankruptcy Procedure and to the Local Bankruptcy Rules of the Southern District of New York, shall set forth the legal and factual basis for such response and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest on a 3.5 inch disk, preferable in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and served in accordance with General Order M-242, upon all counsel of record and all parties requesting notice so as to be received no later than December 27, 2018 at 5:00 p.m

Dated: November 13, 2018        **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By:  */s/ Tracy L. Klestadt*
     Tracy L. Klestadt
200 West 41 Street, 17th Floor
New York, NY 10036
(212) 972-3000

**BRAUNHAGEY & BORDEN LLP**
J. Noah Hagey
7 Times Square, 27th Floor
New York, NY 10036
             -and-
Ronald J. Fisher (*pro hac vice forthcoming*)
Taylor Altman (*pro hac vice forthcoming*)
351 California Street, 10th Floor
San Francisco, CA 94104

*Co-counsel to Carbon Investment Partners, LLC and Carbon Master Fund, L.P.*