

P.O. Box 55440  
Boston, MA 02205-8323

**Questions?**

☎ **Contact NY's 529 Plan:** 1-877-697-2837  
Monday through Friday  
8:00 a.m. to 9:00 p.m. Eastern time.

✉ **Email:**  
NY529@nysaves.org

💻 **Internet Access at:**  
www.nysaves.org

🎁 **Learn About Upromise at:**  
http://www.upromise.com/nyd

Lee A Bressler  
120 E 87TH ST APT R20G  
NEW YORK NY 10128-1412

---

*Recent federal tax reform legislation allows withdrawals from 529 programs of up to $10,000 per year per beneficiary to cover K-12 tuition expenses. Although these withdrawals are not taxed at the federal level, New York State taxpayers would be required to repay any state tax benefits that have accrued on contributions. Please see the program website www.nysaves.org for more information or call the toll-free hotline at 1-877-NYSAVES.*

Saving for college with your NY 529 program? Don't miss out on your 2018 New York state tax deduction. Contribute to your account by December 31, 2018. Consult the Plan Disclosure Booklet for more details and qualifications.

Put your college savings on your holiday wish list with Ugift®. Invite family and friends to make a gift contribution to your *Direct Plan* account.

*Ugift is a registered service mark of Ascensus Broker Dealer Services, LLC.*

---

## Account Statement

**Statement Period**

July 1, 2018 - September 30, 2018

| Account Owner | Beneficiary | Account # | Account Type |
|---|---|---|---|
| Mr. Lee A Bressler | Eden J Bressler | 307755435-01 | Individual 529 |

**Statement Summary**

**Account Balance Period Beginning** (07/01/2018) — $6,597.66  
**Account Balance Period Ending** (09/30/2018) — $6,935.55

| | Statement Totals | Year-to-date Totals |
|---|---|---|
| **Current Year Contributions - All Sources** | $0.00 | $0.00 |

**Investment Summary**

| Portfolio Name | Units | Unit Price | Value |
|---|---|---|---|
| Aggressive Growth Portfolio | 195.3125 | $35.51 | $6,935.55 |
| | **Total Portfolio Net Worth:** | | $6,935.55 |
| | **Principal:** | | $3,000.00 |
| | **Earnings:** | | $3,935.55 |

| **Annualized Personal Rate of Return** (as of 09/30/2018) | **1 Year** | **3 Year** | **5 Year** | **10 Year** |
|---|---|---|---|---|
| | 12.55% | 14.84% | 11.95% | N/A |

**A note about performance.**  Your personal performance is based on the performance of your investments and on the timing and amount of your purchases and redemptions.  Therefore, your personal performance may differ—perhaps greatly—from the performance of the investments themselves.

**Calculation method.**  Personal performance uses a formula called *internal rate of return* (IRR), which is a dollar-weighted return.  IRR takes into account new money coming into your investment, as well as how long that money has been held.  Don't confuse your personal rate of return with those posted for funds and indexes.  The returns presented in these instances use a time-weighted calculation, which does not take cash flow into consideration.

**Past performance.**  Past performance is not a guarantee of future performance.  You should monitor your personal performance over an extended period of time and consider other factors—investment objectives, time horizon, risk tolerance, personal financial situation, and tax implications—before making changes to your portfolio.

Performance presented is for applicable time frames since initial investment.  Accounts with a zero balance at either the beginning or end of the time period shown will not calculate a personal rate of return and hence will show a zero return.

| **Investment Allocations** | (As of 09/30/2018) |
|---|---|
| **Portfolio Name** | **Allocation Percentage *** |
| Aggressive Growth Portfolio | 100% |

* Investment allocations are effective for all future contributions and do not necessarily reflect the current allocation of assets in your account.

*Before you invest, consider whether your or the beneficiary's home state offers any state tax or other benefits that are only available for investments in that state's qualified tuition program. Other state benefits may include financial aid, scholarship funds, and protection from creditors.*

The Comptroller of the State of New York and the New York State Higher Education Services Corporation are the Program Administrators and are responsible for implementing and administering the *Direct Plan*. Ascensus Broker Dealer Services, Inc., and Ascensus Investment Advisors, LLC, serve as Program Manager and Recordkeeping and Servicing Agent, respectively, and are responsible for day-to-day operations. The Vanguard Group, Inc., serves as the Investment Manager. Vanguard Marketing Corporation markets, distributes, and underwrites the *Direct Plan.*

No guarantee: None of the State of New York; its agencies; the Federal Deposit Insurance Corporation (FDIC); The Vanguard Group, Inc.; Ascensus Broker Dealer Services, Inc.; nor any of their applicable affiliates insures accounts or guarantees the principal deposited therein or any investment returns on any account or investment portfolio.

New York's 529 College Savings Program currently includes two separate 529 plans. The *Direct Plan* is sold directly by the Program. You may also participate in the *Advisor Plan*, which is sold exclusively through financial advisors and has different investment options and higher fees and expenses as well as financial advisor compensation.

**Municipal securities customer education and protection disclosure**
Vanguard Marketing Corporation is a broker-dealer registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board (MSRB). An investor brochure that describes the protections that may be provided by the MSRB rules and how to file a complaint with an appropriate regulatory authority can be obtained from the MSRB through its website (msrb.org).

Upromise and the Upromise logo are registered service marks of Upromise, Inc.



P.O. Box 55440
Boston, MA 02205-8323

**Account Owner**  Mr. Lee A Bressler
**Beneficiary**  Eden J Bressler
**Account Number**  307755435-01

**Amount Enclosed**

Make checks payable to New York's 529 College Savings Program *Direct Plan*.



* 30775543501 Q318 *

☐ Check this box if this contribution is a "rollover." See reverse for further instructions.

Total Contribution
Rollover (Principal)
Rollover (Earnings)

None of the State of New York, its agencies, the FDIC, The Vanguard Group, nor Ascensus Broker Dealer Services, Inc. insures your account or guarantees the principal deposited therein or any investment returns on any account or investment portfolio.

New York's 529 College Savings Program currently includes two separate 529 plans. The *Direct Plan* is sold directly by the Program. You may also participate in the Advisor Plan, which is sold exclusively through financial advisors and offers investment options that are not available under the *Direct Plan*. However, the fees and expenses of the Advisor Plan are higher and include financial advisor compensation. Be sure to understand the options available before making an investment decision.


P.O. Box 55440
Boston, MA 02205-8323

**Account Owner**  Mr. Lee A Bressler
**Beneficiary**  Eden J Bressler
**Account Number**  307755435-01

**Amount Enclosed**

Make checks payable to New York's 529 College Savings Program *Direct Plan*.



* 30775543501 Q318 *

☐ Check this box if this contribution is a "rollover." See reverse for further instructions.

Total Contribution
Rollover (Principal)
Rollover (Earnings)

None of the State of New York, its agencies, the FDIC, The Vanguard Group, nor Ascensus Broker Dealer Services, Inc. insures your account or guarantees the principal deposited therein or any investment returns on any account or investment portfolio.

New York's 529 College Savings Program currently includes two separate 529 plans. The *Direct Plan* is sold directly by the Program. You may also participate in the Advisor Plan, which is sold exclusively through financial advisors and offers investment options that are not available under the *Direct Plan*. However, the fees and expenses of the Advisor Plan are higher and include financial advisor compensation. Be sure to understand the options available before making an investment decision.



P.O. Box 55440
Boston, MA 02205-8323

**Account Owner**  Mr. Lee A Bressler
**Beneficiary**  Eden J Bressler
**Account Number**  307755435-01

**Amount Enclosed**

Make checks payable to New York's 529 College Savings Program *Direct Plan*.



* 30775543501 Q318 *

☐ Check this box if this contribution is a "rollover." See reverse for further instructions.

Total Contribution
Rollover (Principal)
Rollover (Earnings)

None of the State of New York, its agencies, the FDIC, The Vanguard Group, nor Ascensus Broker Dealer Services, Inc. insures your account or guarantees the principal deposited therein or any investment returns on any account or investment portfolio.

New York's 529 College Savings Program currently includes two separate 529 plans. The *Direct Plan* is sold directly by the Program. You may also participate in the Advisor Plan, which is sold exclusively through financial advisors and offers investment options that are not available under the *Direct Plan*. However, the fees and expenses of the Advisor Plan are higher and include financial advisor compensation. Be sure to understand the options available before making an investment decision.

If this contribution to your New York's 529 College Savings Program *Direct Plan* account is a rollover from another state's 529 plan, a Coverdell Education Savings Account, or a U. S. Savings Bond, you must provide documentation related to the principal and earnings portion of your assets for tax purposes. If we do not receive this information, your contribution will be designated as 100% earnings and will be fully taxable at distribution.

- **529 Plan Assets** (held in another state's plan): Provide an account statement issued by the state's 529 program which shows the earnings or loss portion of your withdrawal.
- **Coverdell Education Savings Accounts:** Provide an account statement or documentation issued by the account custodian that shows the basis and earnings in your account.
- **U.S. Savings Bond:** Provide an account statement or IRS Form 1099-INT from the redeeming institution that shows the interest which has accrued on the bond.

Please note your contributions will be allocated according to your most recent investment allocation instructions.

New York's 529 College Savings Program *Direct Plan* is described in the current applicable Program Brochure and Tuition Savings Agreement. Accounts are opened by completing an Enrollment Form. All of these should be read carefully before opening an account. The value of your account will vary based on market conditions and the performance of the investment options you select, and may be more or less than the amount you deposit. Tax benefits are subject to certain limitations and certain withdrawals are subject to federal, state and local taxes. If you are a resident or taxpayer of another state, you should consider whether that state offers a 529 Plan with tax or other benefits that are not available through this Program. You should consult your tax advisor. Investments may be made through Ascensus Broker Dealer Services, Inc. and Vanguard Marketing Corporation, as distributors.

If this contribution to your New York's 529 College Savings Program *Direct Plan* account is a rollover from another state's 529 plan, a Coverdell Education Savings Account, or a U. S. Savings Bond, you must provide documentation related to the principal and earnings portion of your assets for tax purposes. If we do not receive this information, your contribution will be designated as 100% earnings and will be fully taxable at distribution.

- **529 Plan Assets** (held in another state's plan): Provide an account statement issued by the state's 529 program which shows the earnings or loss portion of your withdrawal.
- **Coverdell Education Savings Accounts:** Provide an account statement or documentation issued by the account custodian that shows the basis and earnings in your account.
- **U.S. Savings Bond:** Provide an account statement or IRS Form 1099-INT from the redeeming institution that shows the interest which has accrued on the bond.

Please note your contributions will be allocated according to your most recent investment allocation instructions.

New York's 529 College Savings Program *Direct Plan* is described in the current applicable Program Brochure and Tuition Savings Agreement. Accounts are opened by completing an Enrollment Form. All of these should be read carefully before opening an account. The value of your account will vary based on market conditions and the performance of the investment options you select, and may be more or less than the amount you deposit. Tax benefits are subject to certain limitations and certain withdrawals are subject to federal, state and local taxes. If you are a resident or taxpayer of another state, you should consider whether that state offers a 529 Plan with tax or other benefits that are not available through this Program. You should consult your tax advisor. Investments may be made through Ascensus Broker Dealer Services, Inc. and Vanguard Marketing Corporation, as distributors.

If this contribution to your New York's 529 College Savings Program *Direct Plan* account is a rollover from another state's 529 plan, a Coverdell Education Savings Account, or a U. S. Savings Bond, you must provide documentation related to the principal and earnings portion of your assets for tax purposes. If we do not receive this information, your contribution will be designated as 100% earnings and will be fully taxable at distribution.

- **529 Plan Assets** (held in another state's plan): Provide an account statement issued by the state's 529 program which shows the earnings or loss portion of your withdrawal.
- **Coverdell Education Savings Accounts:** Provide an account statement or documentation issued by the account custodian that shows the basis and earnings in your account.
- **U.S. Savings Bond:** Provide an account statement or IRS Form 1099-INT from the redeeming institution that shows the interest which has accrued on the bond.

Please note your contributions will be allocated according to your most recent investment allocation instructions.

New York's 529 College Savings Program *Direct Plan* is described in the current applicable Program Brochure and Tuition Savings Agreement. Accounts are opened by completing an Enrollment Form. All of these should be read carefully before opening an account. The value of your account will vary based on market conditions and the performance of the investment options you select, and may be more or less than the amount you deposit. Tax benefits are subject to certain limitations and certain withdrawals are subject to federal, state and local taxes. If you are a resident or taxpayer of another state, you should consider whether that state offers a 529 Plan with tax or other benefits that are not available through this Program. You should consult your tax advisor. Investments may be made through Ascensus Broker Dealer Services, Inc. and Vanguard Marketing Corporation, as distributors.