| | |
|---|---|
| KLESTADT WINTERS JURELLER<br>  SOUTHARD & STEVENS, LLP<br>200 West 41st Street, 17th Floor<br>New York, NY 10036<br>Telephone: (212) 972-3000<br>Facsimile: (212) 972-2245<br>Tracy L. Klestadt<br>*Co-counsel to Carbon Investment Partners, LLC*<br>*and Carbon Master Fund, L.P.* | Hearing Date: February 25, 2019 at<br>  11:00 am |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| LEE ALEXANDER BRESSLER, | : | |
| | : | |
| | : | Case No. 18-13098 (MG) |
|                     Debtor. | : | |
| | : | |

-----------------------------------------------------------x

### NOTICE OF HEARING ON MOTION OF CREDITORS
### CARBON INVESTMENT PARTNERS, LLC AND CARBON MASTER FUND L.P.
### FOR AN ORDER EXTENDING TIME TO OBJECT TO
### <u>DISCHARGEABILITY OF DEBT OR DISCHARGE</u>

**PLEASE TAKE NOTICE** that upon the application of Carbon Investment Partners, LLC and Carbon Master Fund L.P. ("Carbon") by their attorneys, Klestadt Winters Jureller Southard & Stevens, LLP and Braunhagey & Borden LLP, the undersigned will move this Court before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY on February 25, 2019 at 11:00 am or as soon thereafter as counsel may be heard (the "Hearing Date") for the entry of an order extending the time for Carbon to file (a) an objection to the dischargeability of Carbon's debt owed by debtor Lee Alexander Bressler ("<u>Debtor</u>") pursuant to 11 U.S.C. §523(a)(2) and Fed. R. Bankr. P. 4007, or (b) an objection to the Debtor's discharge pursuant to 11 U.S.C. §727 and Fed. R. Bankr. P. 4004 to, through and including May 15, 2019.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in said motion shall be in writing, shall confirm to the Federal Rules of Bankruptcy Procedure and to the Local Bankruptcy Rules of the Southern District of New York, shall set forth the legal and factual basis for such response and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest on a 3.5 inch disk, preferable in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and served in accordance with General Order M-242, upon all counsel of record and all parties requesting notice so as to be received no later than February 18, 2019 at 5:00 p.m

Dated: February 4, 2019

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Tracy L. Klestadt*
 Tracy L. Klestadt
200 West 41 Street, 17th Floor
New York, NY 10036
(212) 972-3000

**BRAUNHAGEY & BORDEN LLP**
J. Noah Hagey
7 Times Square, 27th Floor
New York, NY 10036
 -and-
Ronald J. Fisher (*pro hac vice*)
San Francisco, CA 94104

*Co-counsel to Carbon Investment Partners, LLC and Carbon Master Fund, L.P.*