**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                            :
                                                                 :    Chapter 7
LEE ALEXANDER BRESSLER,                                          :
                                                                 :    Case No. 18-13098 (MG)
                        Debtor.                                  :
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

Tracy L. Klestadt, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am a partner in the law firm of e Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 4th day of February, 2019, I served copies of:

- NOTICE OF HEARING ON MOTION OF CREDITORS CARBON INVESTMENT PARTNERS, LLC AND CARBON MASTER FUND L.P. FOR AN ORDER EXTENDING TIME TO OBJECT TO DISCHARGEABILITY OF DEBT OR DISCHARGE

- MOTION OF CARBON INVESTMENT PARTNERS LLC AND CARBON MASTER FUND, L.P. FOR AN ORDER EXTENDING TIME TO OBJECT TO DISCHARGEABILITY OF DEBT OR DISCHARGE

- DECLARATION OF TRACY L. KLESTADT

- PROPOSED ORDER

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon these parties listed on **Schedule A**.

                                                    */s/ Tracy L. Klestadt*
                                                    Tracy L. Klestadt

### Schedule A

JP Morgan Chase Bank, N.A.                      New York NY 10174
405 Lexington Ave, Chrysler                     Attn: President or General Counsel
Building 25th & 26th Floors

Lamonica Herbst & Maniscalco LLP
3305 Jerusalem Ave
Wantagh, NY 11793
Attn: Gary Herbst

Gregory Messer
26 Court Street, Suite 2400
Brooklyn, NY 11242-1124

Rosen & Associates, P.C.
747 Third Avenue
New York, NY 10017-2803
Attn: Sanford Philip Rosen

Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Lee Bressler
120 East 87th Str., Apt. R20G
New York, NY 10128