UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:                                                                              Case No. 18-13098 MG

LEE ALEXANDER BRESSLER,                                           Chapter 7

                    Debtor.
-------------------------------------------------------X

**STIPULATION AND ORDER EXTENDING TIME THROUGH MAY 15, 2019
TO FILE A MOTION PURSUANT TO 11 U.S.C §707(b) AND
<u>OBJECT TO DISCHARGE UNDER 11.U.S.C. § 727(c)</u>**

      **WHEREAS**, Lee Alexander Bressler, (the "Debtor") filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code on October 12, 2018; and

      **WHEREAS**, Gregory Messer, Esq. was appointed Chapter 7 Trustee (the "Trustee") and has qualified and is acting in that capacity; and

      **WHEREAS**, pursuant to Fed. R. Bankr. P. 1017(e) and Fed. R. Bankr. P. 4004(a), the time to move for dismissal under 11 U.S.C. 707 (b) and/or object to discharge under 11 U.S.C. 727(c)(1) expires sixty (60) days after the first date set for the meeting of creditors which date, in this case, was November 16, 2018; and

      **WHEREAS**, pursuant to Fed. R. Bankr. P. 1017(e) and Fed. R. Bankr. P. 4004(a), the last date to file a motion under 11 U.S.C. § 707(b) and/or file a complaint objecting to the discharge 11 U.S.C. 727(c)(1) was originally January 15, 2019; and

      **WHEREAS**, the Debtor, the United States Trustee and the Trustee entered into a stipulation in December 2018 by which the time to file a motion under 11 U.S.C. § 707(b) and/or file a complaint objecting to the discharge 11 U.S.C. 727(c)(1) was extended to March 15, 2019, which stipulation was so ordered by the Court on January 2, 2019; and

**WHEREAS**, the Debtor, the United States Trustee and the Trustee have agreed to further extend the time to file a motion under 11 U.S.C. 707(b) and/or object the discharge under 11 U.S.C. 727(c)(1) as provided for herein.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED** by and between the Debtor and the United States Trustee as follows:

1.   The time within which the United States Trustee may file a motion to dismiss under 11 U.S.C. § 707(b), and the time within which the United States Trustee and/or the Trustee may file a complaint objecting to discharge under 11 U.S.C. 727(c)(1), is extended through May 15, 2019, without prejudice to any further extension of time that the United States Trustee or the Trustee may seek.

2.   This Stipulation is subject to the approval of the Bankruptcy Court.

Dated: New York, New York
       March 1, 2019

                                     **ROSEN & ASSOCIATES, P.C.**
                                     *Attorneys for the Debtor*

By:   *s/Sanford P. Rosen*
      Sanford P. Rosen, Esq.
      747 Third Avenue
      New York, New York 10017
      Tel. 212.223.1100

Dated: New York, New York
       March 6, 2019

                                     **WILLIAM K. HARRINGTON**
                                     United States Trustee

By:   *s/Greg Zipes*
      Greg Zipes, Esq.
      Trial Attorney
      Office of the United States Trustee
      U.S. Federal Office building
      201 Varick Street, Room 1006
      New York, New York 10014

Dated: Wantagh, New York
March 6, 2019

                         **LaMonica Herbst & Maniscalco, LLP**
*Attorneys for Gregory Messer, as Chapter 7 Trustee*

By:   *s/David A. Blansky*
       David A. Blansky, Esq.
       A Partner of the Firm
       3305 Jerusalem Avenue, Suite 201
       Wantagh, New York 11793
       Tel. 516.826.6500

**IT IS SO ORDERED.**

Dated:  March 6, 2019
         New York, New York

                                              **/s/ Martin Glenn**
                                               MARTIN GLENN
                                United States Bankruptcy Judge