

100 Jericho Quadrangle
Suite 300
Jericho, New York 11753

September 20, 2019

**VIA ECF**
Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

    **Re:** **Lee Alexander Bressler**
      **Chapter 7**
      **Case No. 18-13098-mg**
      **Carbon Investment Partners, LLC v. Lee A. Bressler**
      **Protective Order Arbitration Case No. 01-18-0001-3401**
      **Our File No. 067928.1**

Dear Judge Glenn:

  As you are aware, we are counsel to the debtor in the above-referenced proceedings.

  I write in reference to the production of the Debtor's transcript from the above arbitration which is subject to a protective order. As the Court requested, I have obtained a copy of the transcript which was designated as "Highly Confidential" under the protective order negotiated and entered in the Carbon Investment Partners, LLC ("Carbon") v. Lee Alexander Bressler arbitration. After reviewing the transcript and conferring with my Client, we do not agree to disclose the transcript. We believe that (i) the parties to the arbitration extensively negotiated for the "Highly Confidential" items to be safe guarded and destroyed within 60 days of the conclusion of that proceeding as provided in the protective order; (ii) the testimony does not appear to be helpful relative to any matter other than the claims between Carbon and the Debtor which have been fixed in the Judgment Carbon obtained against the Debtor; (iii) release of the transcript could be prejudicial to the chapter 7 Debtor's estate; and (iv) the Debtor's prior consent to be deposed in New York City by Jefferies and/or Carbon will enable those parties to ask questions of the Debtor in the separate arbitration proceeding between Carbon and Jefferies.

  Thank you.

                Respectfully submitted,

                *s/Ronald J. Friedman*

                Ronald J. Friedman

RJF;cmt

cc: Ronald J. Fisher, Esq., BraunHagey & Borden LLP
   Jon Muenz, Esq., Sidley Austin LLC, Counsel to Jefferies LLC
   Tracy Klestadt, Esq., Klestadt Winters Jureller Southard & Stevens, LLP

RJF/2326266.1/067928