

200 WEST 41ST STREET
17TH FLOOR
NEW YORK, NY 10036-7203
TELEPHONE (212) 972-3000
TELEFAX (212) 972-2245
WWW.KLESTADT.COM

TRACY L. KLESTADT
DIRECT: (212) 679-8700
EMAIL: TKLESTADT@KLESTADT.COM

January 23, 2020

Via ECF and By Mail

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

  Re: Lee Alexander Bressler ("Debtor")
     Chapter 7
     Case No. 18-13098 (MG)

Your Honor:

  We write on behalf of creditors Carbon Investment Partners, LLC and Carbon Master Fund, L.P. (together, "Carbon") to advise the Court that Carbon and Jefferies, LLC have settled their dispute and dismissed their respective claims against each other in FINRA's Dispute Resolution arbitral tribunal with prejudice.

  Carbon notifies the Court because the dismissal moots the Debtor's renewed request to enjoin production of his deposition transcripts pursuant to an order of the FINRA panel, which is presently pending before the Court, as well as Jefferies and Carbon's joint motion for a deposition of the Debtor. (See ECF Docket Nos. 156, 160, 162, 163, 166, 167, and 168.)

            Respectfully submitted,

            */s/ Tracy L. Klestadt*

            Tracy L. Klestadt

  Cc: All Via E-mail

     J. Noah Hagey, Esq.
     Ronald Fisher, Esq.
     BraunHagey & Borden LLP
     Co-Counsel for Carbon


Andrew Stern, Esq.
Sidley Austin LLP
Counsel for Jefferies, LLC

Kenneth Silverman, Esq.
Ronald Friedman, Esq.
Counsel for Debtor Lee A. Bressler

Gary Herbst, Esq.
David Blansky, Esq.
Counsel for Gregory Messer as Chapter 7 Trustee