**BRAUNHAGEY & BORDEN LLP**
J. Noah Hagey
Jonathan Kortmansky
7 Times Square, 27th Floor
New York, NY 10036
    -and-
Ronald J. Fisher (*pro hac vice*)
351 California Street, 10th Floor
San Francisco, CA 94104

*Co-counsel to Carbon Investment Partners,
LLC and Carbon Master Fund, L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEE ALEXANDER BRESSLER,<br><br>                      Debtor. | Chapter 11<br><br>Case No. 18-13098 (MG) |
| CARBON INVESTMENT PARTNERS, LLC and CARBON MASTER FUND, L.P.,<br><br>                      Plaintiffs,<br><br>vs.<br><br>LEE ALEXANDER BRESSLER,<br><br>                      Defendant. | Adv. Proc. No. 19-01317 (MG) |
| GREGORY MESSER, ESQ., as Chapter 7 Trustee of Lee Alexander Bressler,<br><br>                      Plaintiff,<br><br>vs.<br><br>AMY L. BRESSLER, as Trustee of the 83 Spring Close Trust,<br><br>                      Defendant. | Adv Proc. No. 19-01127 (MG) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorney listed below hereby enters his appearance as counsel to the Plaintiffs/Creditors Carbon Investment Partners, LLC and Carbon Master Fund, L.P. in the above-captioned matter, and demand, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned attorney, at the address set forth below:

**BRAUNHAGEY & BORDEN LLP**
Jonathan Kortmansky, Esq.
7 Times Square, 27th Floor
New York, NY 10036
kortmansky@braunhagey.com

Dated: May 4, 2020

By: *s/ Jonathan Kortmansky*
Jonathan Kortmansky

BRAUNHAGEY & BORDEN LLP
J. Noah Hagey
Jonathan Kortmansky
7 Times Square, 27th Floor
New York, NY 10036
-and-
Ronald J. Fisher (pro hac vice)
351 California Street, 10th Floor
San Francisco, CA 94104

Co-counsel to Carbon Investment Partners, LLC
and Carbon Master Fund, L.P.