KLESTADT WINTERS JURELLER
  SOUTHARD & STEVENS, LLP
200 West 41st Street, 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt
*Counsel to Appellants Carbon Investment*
  *Partners, LLC  and Carbon Master Fund, L.P.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CARBON INVESTMENT PARTNERS, LLC
  and CARBON MASTER FUND, L.P.,

                                      Chapter 11

             Appellants,

vs.                                 Case no. 19 Civ. 7000 (PAE)

LEE ALEXANDER BRESSLER,

             Appellee.

-------------------------------------------------------------x

## NOTICE OF DISMISSAL OF APPEAL

Carbon Investment Partners, LLC and Carbon Master Fund L.P. ("Carbon") hereby

dismiss the captioned appeal to the United States District Court for the Southern District of New

York with prejudice.

Dated: June 3, 2020                    **KLESTADT WINTERS JURELLER**
                                       **SOUTHARD & STEVENS, LLP**

                              By:  */s/ Tracy L. Klestadt*
                                Tracy L. Klestadt
                              200 West 41 Street, 17th Floor
                              New York, NY 10036
                              (212) 972-3000

                           *Counsel to Carbon Investment Partners, LLC*
                           *and Carbon Master Fund, L.P.*

SO ORDERED.

_____
PAUL A. ENGELMAYER    6/4/2020
United States District Judge