| | |
|---|---|
| **BRAUNHAGEY & BORDEN LLP**<br>J. Noah Hagey<br>Jonathan G. Kortmansky<br>7 Times Square, 27th Floor<br>New York, NY 10036<br>       -and-<br>Ronald J. Fisher (*pro hac vice*)<br>351 California Street, 10th Floor<br>San Francisco, CA 94104<br><br>*Counsel to Carbon Investment Partners,*<br>*LLC and Carbon Master Fund, L.P.* | Hearing Date: October 6, 2020 at<br>               2:00 p.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEE ALEXANDER BRESSLER,<br><br>                        Debtor. | Chapter 7<br><br>Case No. 18-13098 (MG) |

### NOTICE OF HEARING ON MOTION OF CREDITORS CARBON INVESTMENT PARTNERS, LLC AND CARBON MASTER FUND, L.P. FOR <u>RELIEF FROM THE AUTOMATIC STAY</u>

**PLEASE TAKE NOTICE** that upon the application of Carbon Investment Partners, LLC and Carbon Master Fund, L.P. (collectively, "<u>Carbon</u>") by their attorneys, BraunHagey & Borden LLP, the undersigned will move this Court before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY on October 6, 2020 at 2:00 p.m. or as soon thereafter as counsel may be heard for the entry of an order, pursuant to 11 U.S.C. §362(d), lifting the automatic stay to permit Carbon to issue restraining notices to restrain the Debtor's assets, conduct a physical inspection of Debtor's real property in order to identify and catalog personal property that is part of the bankruptcy estate, and execute its judgment against Debtor.

1

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in said motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and to the Local Bankruptcy Rules of the Southern District of New York, shall set forth the legal and factual basis for such response and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and served in accordance with General Order M-399, upon all counsel of record and all parties requesting notice so as to be received no later than September 29, 2020 at 5:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that the above hearing will be proceeding via CourtSolutions.

Dated: September 10, 2020

Respectfully submitted,

By: *s/ Jonathan Kortmansky*
    Jonathan G. Kortmansky

BRAUNHAGEY & BORDEN LLP
J. Noah Hagey
Jonathan G. Kortmansky
7 Times Square, 27th Floor
New York, NY 10036
          -and-
Ronald J. Fisher (*pro hac vice*)
351 California Street, 10th Floor
San Francisco, CA 94104

*Counsel to Carbon Investment Partners, LLC and Carbon Master Fund, L.P.*