```
 1
 2   UNITED STATES BANKRUPTCY COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   - - - - - - - - - - - - - - - - - - - - - -x
 5
 6   In the Matter of:
 7   LEE ALEXANDER BRESSLER,               Main Case No.
 8        Debtor.                          18-13098-mg
 9
10   - - - - - - - - - - - - - - - - - - - - - -x
11
12              MEETING OF THE CREDITORS
13              PURSUANT TO SECTION 341
14              OF THE BANKRUPTCY CODE
15
16              Law Offices of Gregory Messer, PLLC
17              26 Court Street, Suite 2400
18              Brooklyn, New York 11242
19              December 7, 2018
20
21
22
23   B E F O R E:
24   GREGORY M. MESSER, ESQ.
25   CHAPTER 7 TRUSTEE
```

```
 1
 2   A P P E A R A N C E S:
 3   LAW OFFICES OF GREGORY MESSER, PLLC
 4         Chapter 7 Trustee
 5         26 Court Street
 6         Suite 2400
 7         Brooklyn, NY 11242
 8
 9   BY:   GREGORY M. MESSER, ESQ.
10
11
12   ROSEN & ASSOCIATES, PC
13         Attorneys for Debtor
14         747 3rd Avenue
15         20th Floor
16         New York, NY 10017
17
18   BY:   SANFORD P. ROSEN, ESQ.
19
20
21
22
23
24
25
```

```
 1
 2   KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP
 3        Attorneys for Carbon Master Fund, L.P. and Carbon
 4        Investment Partners, LLC
 5        200 West 41st Street
 6        17th Floor
 7        New York, NY 10036
 8
 9   BY:  TRACY KLESTADT, ESQ.
10
11
12   LAMONICA HERBST & MANISCALCO, LLP
13        Proposed Attorneys for Chapter 7 Trustee
14        3305 Jerusalem Avenue
15        Suite 201
16        Wantagh, NY 11793
17
18   BY:  GARY F. HERBST, ESQ.
19
20
21
22
23
24
25
```

LEE ALEXANDER BRESSLER 4

1              P R O C E E D I N G S
2         MR. MESSER:  Okay.  This is the matter of Lee
3    Bressler, case number 18-13098.
4         Counsel for the debtor, would you note your
5    appearance, please?
6         MR. ROSEN:  Yes.  Sanford Rosen with Rosen &
7    Associates for the debtor.
8         MR. MESSER:  Are there any other appearances at this
9    matter?
10         MR. KLESTADT:  Yes.  Tracy Klestadt, Klestadt Winters
11    Jureller Southard & Stevens, LLP, counsel for Carbon Investment
12    Partners and Carbon -- Carbon Master Fund and Carbon Investment
13    Partners.
14         MR. HERBST:  Gary Herbst from LaMonica Herbst &
15    Maniscalco as proposed counsel to Gregory Messer, the Chapter 7
16    trustee.
17         MR. MESSER:  Okay.  My name is Gregory Messer.  I am
18    the Chapter 7 trustee in this matter.  The debtor has provided
19    picture ID.  He'll provide proof of his social security number
20    at some future date.
21         Mr. Bressler, could you raise your right hand, please?
22      (Witness sworn)
23         MR. MESSER:  Okay.  State your name.
24         MR. BRESSLER:  Lee Bressler.
25         MR. MESSER:  is your address the same address that you

1       MR. BRESSLER:  No.
2       MR. MESSER:  Does anybody hold any property that
3  really belongs to you?
4       MR. BRESSLER:  No.
5       MR. MESSER:  Does anybody owe you money?
6       MR. BRESSLER:  No.
7       MR. MESSER:  Are you suing anyone for any reason?
8       MR. BRESSLER:  I am.
9       MR. MESSER:  Who are you suing?
10      MR. BRESSLER:  I'm suing multiple parties in the
11 matter of Carbon Investment Partners.
12      MR. MESSER:  Um-hum.
13      MR. BRESSLER:  Carbon Master Funding.
14      MR. MESSER:  You have counterclaims in those lawsuits?
15      MR. BRESSLER:  I do, yes.
16      MR. MESSER:  Who is your lawyer for that?
17      MR. BRESSLER:  Sandy.
18      MR. MESSER:  Oh, okay.  Okay.  So do you have any
19 other lawsuits pending?
20      MR. BRESSLER:  No.
21      MR. MESSER:  Do you have any claims upon which you
22 could bring a lawsuit, anybody else you could sue?
23      MR. BRESSLER:  Not that I know of.
24      MR. MESSER:  Okay.  Anybody die and leave you money or
25 property?

| | |
|---|---|
| LEE ALEXANDER BRESSLER | 16 |

```
 1            MR. BRESSLER:  My mother died.  How long -- how far
 2   back do you want me to go?
 3            MR. MESSER:  Well, did you inherit anything?
 4            MR. BRESSLER:  So my -- my father died in 2001.  I
 5   inherited, I believe, 125,000 dollars from him at that time in
 6   life insurance proceeds.
 7            MR. MESSER:  Um-hum.
 8            MR. BRESSLER:  Seventeen years ago.
 9            MR. MESSER:  Okay.
10            MR. BRESSLER:  My mother passed away in 2015.  Her
11   estate is still in -- I don't know what you call it, probate.
12            MR. MESSER:  Um-hum.
13            MR. BRESSLER:  I don't inherit anything outright from
14   her estate other than one small ring that she got when I was
15   born.
16            MR. MESSER:  Okay.  Who does inherit?
17            MR. BRESSLER:  It goes into a trust, multiple trusts,
18   of which I am the beneficiary of some.
19            MR. MESSER:  What is the value of her estate?  What's
20   the gross of that?
21            MR. BRESSLER:  That's a good question.
22            MR. MESSER:  Ballpark.
23            MR. BRESSLER:  Ballpark, it's four million bucks.
24   Maybe it's a little more than that.  I'd have to get you the
25   exact numbers.
```

C E R T I F I C A T I O N

I, Michael Drake, certify that the foregoing transcript is a true and accurate record of the proceedings.

_____

Michael Drake (CER-513, CET-513)

AAERT Certified Electronic Transcriber

eScribers

352 Seventh Ave., Suite #604

New York, NY 10001

Date:   October 12, 2020