FILED: NEW YORK COUNTY CLERK 12/29/2020 07:39 PM
NYSCEF DOC. NO. 6
INDEX NO. 156391/2020
RECEIVED NYSCEF: 12/29/2020

18-13098-mg    Doc 231-4    Filed 03/19/21    Entered 03/19/21 17:03:57    Exhibit C -
Carbon Information Subpoena and Restraining Notice    Pg 1 of 4

# EXHIBIT A

FILED: NEW YORK COUNTY CLERK 12/29/2020 07:39 PM
NYSCEF DOC. NO. 6
INDEX NO. 156391/2020
RECEIVED NYSCEF: 12/29/2020

18-13098-mg    Doc 231-4    Filed 03/19/21    Entered 03/19/21 17:03:57    Exhibit C -
           Carbon Information Subpoena and Restraining Notice    Pg 2 of 4

SUPREME COURT STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------X

CARBON INVESTMENT PARTNERS, LLC,
and CARBON MASTER FUND, L.P.,

        Plaintiffs-Judgment Creditors,

-against-

LEE A. BRESSLER,

        Defendant-Judgment Debtor.

-----------------------------------------------------------X

Index No. 156391/2020

**RESTRAINING NOTICE**

THE PEOPLE OF THE STATE OF NEW YORK

To:  NORTHERN TRUST CORPORATION
      40 West 57th Street, 21st Floor
      New York, NY 10019

**WHEREAS**, in an action in the District Court of Oklahoma County, State of Oklahoma, between plaintiffs CARBON INVESTMENT PARTNERS, LLC, and CARBON MASTER FUND, L.P., and defendant LEE A. BRESSLER, being all parties to the action, a judgment (the "Judgment") was entered on June 7, 2019 in favor of CARBON INVESTMENT PARTNERS, LLC, and CARBON MASTER FUND, L.P., and against LEE A. BRESSLER (the "Judgment Debtor") in the amount of $16,846,648.84, plus interest at the rate of 7.5% from May 1, 2019, all of which remains due and unpaid;

**WHEREAS**, an authenticated copy of the Judgment was filed with the New York County Clerk pursuant to CPLR § 5402, was entered by the County Clerk on August 14, 2020, and is thus enforceable in New York as though it were a judgment of the Supreme Court of this State;

**WHEREAS**, Northern Trust Corporation has been identified as being in possession of or

in custody of property in which the Judgment Debtor has an interest;

**Judgment Debtor's Identification Information**

    LEE A. BRESSLER
    120 E. 87th St., Apt. R20G
    New York, NY 10128

**NOW TAKE NOTICE** that pursuant to CPLR 5222(b), a copy of which is set forth below, you are hereby forbidden to make or suffer any sale, assignment, transfer, or interference with any such property in which the Judgment Debtor has an interest except upon direction of the sheriff or pursuant to an order of the court, until the judgment is satisfied or vacated.

---

**SECTION 5222(b) OF THE CIVIL PRACTICE LAW AND RULES**

(b) Effect of restraint; prohibition of transfer; duration. A judgment debtor or obligor served with a restraining notice is forbidden to make or suffer any sale, assignment, transfer or interference with any property in which he or she has an interest, except as set forth in subdivisions (h) and (i) of this section, and except upon direction of the sheriff or pursuant to an order of the court, until the judgment or order is satisfied or vacated. A restraining notice served upon a person other than the judgment debtor or obligor is effective only if, at the time of service, he or she owes a debt to the judgment debtor or obligor or he or she is in the possession or custody of property in which he or she knows or has reason to believe the judgment debtor or obligor has an interest, or if the judgment creditor or support collection unit has stated in the notice that a specified debt is owed by the person served to the judgment debtor or obligor or that the judgment debtor or obligor has an interest in specified property in the possession or custody of the person served. All property in which the judgment debtor or obligor is known or believed to have an interest then in and thereafter coming into the possession or custody of such a person, including any specified in the notice, and all debts of such a person, including any specified in the notice, then due and thereafter coming due to the judgment debtor or obligor, shall be subject to the notice except as set forth in subdivisions (h) and (i) of this section. Such a person is forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the sheriff or the support collection unit, except as set forth in subdivisions (h) and (i) of this section, and except upon direction of the sheriff or pursuant to an order of the court, until the expiration of one year after the notice is served upon him or her, or until the judgment or order is satisfied or vacated, whichever event first occurs. A judgment creditor or support collection unit which has specified personal property or debt in a restraining notice shall be liable to the owner of the property or the person to whom the debt is owed, if other than the judgment debtor or obligor, for any damages sustained by reason of the restraint. If a garnishee served with a restraining notice withholds the payment of money belonging or owed to the judgment debtor or obligor in an

FILED: NEW YORK COUNTY CLERK 12/29/2020 07:39 PM  INDEX NO. 156391/2020
NYSCEF DOC. NO. 6                                     RECEIVED NYSCEF: 12/29/2020

18-13098-mg    Doc 231-4    Filed 03/19/21    Entered 03/19/21 17:03:57    Exhibit C
              Carbon Information Subpoena and Restraining Notice    Pg 4 of 4

amount equal to twice the amount due on the judgment or order, the restraining notice is not effective as to other property or money.

PLEASE TAKE FURTHER NOTICE that this notice covers all property in which the Judgment Debtor has an interest hereafter coming into your possession or custody, and all debts hereafter coming due from you to the Judgment Debtor.

PLEASE TAKE FURTHER NOTICE that disobedience of this restraining notice is punishable as a contempt of court.

Dated: New York, New York
       October 30, 2020

BRAUNHAGEY & BORDEN LLP

By: _____
    Jonathan G. Kortmansky
7 Times Square, 27th Floor
New York, NY 10036
T: (646) 681-5539
kortmansky@braunhagey.com

*Attorneys for Judgment Creditors*