**SILVERMAN ACAMPORA LLP**
*Character is Everything*

Ronald J. Friedman
516.479.6303
RFriedman@SilvermanAcampora.com

100 Jericho Quadrangle
Suite 300
Jericho, New York 11753

March 11, 2021

**Via Email**
Robert Burns, Esq.
Holland & Knight LLP
31 West 52nd St.
New York, NY 10019

      **Re:**    **Lee Alexander Bressler –Debtor**
             **Chapter 7**
             **Case No.: 18-13098 (MG)**

Dear Bob:

      As you are aware, we are counsel to the debtor Lee Bressler in the above proceeding.

      I write to you to advise (and my client's signature below authorizes) your client, The Northern Trust Company to liquidate and to turnover the proceeds in Account Number 02-32046 (Bressler Lee Jane) to Gregory Messer as the chapter 7 trustee of Lee Alexander Bressler. The wire transfer instructions are included as a separate attachment to this email. You may confirm the wire instructions directly with the chapter 7 trustee or his counsel LaMonica Herbst & Maniscalco LLP (Attn. David A. Blansky, Esq., or Gary F. Herbst, Esq.).

      Please have this transfer effectuated as soon possible.

      If there are any questions, kindly contact me or have your client contact Lee Alexander Bressler directly.

      Thank you.

Very truly yours,

*s/Ronald J. Friedman*
Ronald J. Friedman

RJF:cg

Acknowledged and Authorized by:

DocuSigned by:
*[signature]*
439B501ADCDB4A4...
Lee Alexander Bressler on March 12, 2021

2706876v1 / 067928.1 / RJF