| | |
|---|---|
| **LaMonica Herbst & Maniscalco, LLP**<br>3305 Jerusalem Avenue, Suite 201<br>Wantagh, New York 11793<br>Tel. 516.826.6500<br>Gary F. Herbst, Esq.<br>David A. Blansky, Esq. | **Hearing Date: April 19, 2021 @ 10:00 a.m.**<br>**Objections Due: April 12, 2021** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                    Chapter 7
                                                          Case No. 18-13098 (MG)
LEE ALEXANDER BRESSLER,

        Debtor.
-------------------------------------------------------------x

## NOTICE OF HEARING ON THE CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER COMPELLING THE TURNOVER OF AN INHERITED IRA

PLEASE TAKE NOTICE that, on **April 19, 2021 at 10:00 a.m.**, or as soon thereafter as counsel can be heard, a telephonic hearing ("Hearing") will be held via CourtSolutions before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 ("Court"), on the motion ("Motion") of Gregory M. Messer, as Chapter 7 Trustee of the estate of Lee Alexander Bressler ("Debtor"), by his undersigned counsel, seeking the Court's approval of an Order compelling the turnover of an inherited IRA, misleadingly identified by the Debtor in his Petition as an exempt asset in the possession, custody or control of the Northern Trust Company ("Northern Trust"), and to compel the Debtor to turn over the amounts of each disbursement made to him or for his benefit after the filing of the Debtor's voluntary petition from two inherited IRAs, or, alternatively, to the extent the Debtor is not in the possession, custody and control of any of said funds, to produce all records and information identifying the beneficiaries or subsequent transferees of those disbursements, and granting the Trustee such other, further and different relief as the Court deems just and proper (the "Motion to Compel").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be in writing, conform with the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, state with particularity the grounds therefor and be filed with the Bankruptcy Court no later than **April 12, 2021** ("Objection Deadline") as follows: (I) through the Court's NextGen system, which may be accessed through the internet at the Court's website at www.nysb.uscourts.gov and in portable document format (PDF) using Adobe Exchange Software for conversion; or (II) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on portable media in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be adjourned from time to time as set forth in open Court and without further notice by the Trustee.

Dated: March 26, 2021
Wantagh, New York

        **LAMONICA HERBST & MANISCALCO, LLP**
        Counsel to Gregory Messer, solely
        as the Chapter 7 Trustee

By:   *s/David A Blansky*
       Gary F. Herbst, Esq.
       David A. Blansky, Esq.
       3305 Jerusalem Avenue, Suite 201
       Wantagh, New York 11793
       Tel No. 516.826.6500
       gfh@lhmlawfirm.com
       dab@lhmlawfirm.com

*M:\Documents\Company\Cases\Bressler, Lee\Turnover of Inherited IRA\Notice of Hearing.docx*