UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                          Chapter 7
                                                                Case No.: 18-13098 (MG)
LEE ALEXANDER BRESSLER,

        Debtor.
-----------------------------------------------------------x

**ORDER GRANTING *EX PARTE* APPLICATION RELATING
TO NORTHERN TRUST ACCOUNT STATEMENTS**

Upon the *ex parte* application dated March 19, 2021 (the "Application") of Gregory Messer, solely as Chapter 7 Trustee (the "Trustee") of Lee Alexander Bressler (the "Debtor") for an order pursuant to sections 105(a) and 107(c) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of New York (the "Local Rules") authorizing the Trustee to file redacted copies of documents submitted for *in camera* inspection or under seal; and the Court having considered the relief requested in the Application; and upon the record and all of the proceedings had before the Court; and the Court having found and determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED,** that the Application is granted to the extent the Trustee may file copies of the Northern Trust account statements submitted in connection with the Application for *in camera* inspection by the Court in their proposed redacted form on the public docket; and it is further

**ORDERED,** that the relief granted herein is without prejudice to the rights of any party in interest or the United States Trustee to seek to leave to unseal or file without redaction the

2

documents or any part of it, and it is further

**ORDERED,** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order; and it is further

ORDERED, that the Clerk of the Court is authorized to destroy all Confidential Documents at the conclusion of these chapter 11 cases.

**IT IS SO ORDERED.**

Dated:   April 16, 2021
        New York, New York

                                             **/s/ Martin Glenn**
                                             MARTIN GLENN
                                       United States Bankruptcy Judge