UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                            Chapter 7
                                                                  Case No. 18-13098 (MG)
LEE ALEXANDER BRESSLER,

        Debtor.
-------------------------------------------------------------x

**ORDER AUTHORIZING THE TRUSTEE TO MAKE: (I) AN INTERIM DISTRIBUTION TO CARBON INVESTMENT PARTNERS LLC AND CARBON MASTER FUNDER, L.P. AND (II) A FIRST AND FINAL DISTRIBUTION TO <u>NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE</u>**

Upon the Motion [ECF Doc. # 267] (the "Motion") of Gregory Messer, solely in his capacity as the Chapter 7 Trustee (the "Trustee") of the estate of Lee Alexander Bressler (the "Debtor"), by his counsel, LaMonica Herbst & Maniscalco, LLP, seeking the entry of an Order authorizing the Trustee to make: i) an interim distribution to Carbon Investment Partners LLC and Carbon Master Funder, L.P. in the amount of $900,000.00 on account of the allowed general unsecured claim, designated as claim number 1; and ii) a first and final distribution to New York State Department of Taxation and Finance, in the amount of $929.00 on account of its unsecured priority claim, designated as claim number 3; and upon the Affidavit of Service for the Motion [ECF Doc. # 268]; and upon no objection to the relief sought in the Motion having been filed; and the Motion having come to be presented to the Court on December 20, 2021, at 12:00 p.m.; and no further or other notice being required; it is

ORDERED, that the relief requested in the Motion is granted as set forth below; and it is further

ORDERED, that the Trustee is authorized to make an interim distribution of $900,000.00 to Carbon Investment Partners LLC and Carbon Master Funder, L.P; and, it is further

ORDERED, that the Trustee is authorized to make a first and final distribution of $929.00 to New York State Department of Taxation and Finance, designated claim number 3; and, it is further

ORDERED, that the Trustee is authorized, allowed and empowered to execute such documents, enter into and to take such actions as are necessary to effectuate and implement the terms of this Order; and it is further

ORDERED, that the Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

**IT IS SO ORDERED.**

Dated:  December 20, 2021
            New York, New York

                                                        **/s/ Martin Glenn**
                                                       MARTIN GLENN
                                        United States Bankruptcy Judge