**LaMONICA HERBST & MANISCALCO, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: (516) 826-6500
Gary F. Herbst, Esq.
David A. Blansky, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| LEE ALEXANDER BRESSLER, | : | Case No. 18-13098 (MG) |
| | : | |
| Debtor. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| GREGORY MESSER, ESQ., as Chapter 7 | : | Adv. Proc. No. 21-01093 (MG) |
| Trustee of Lee Alexander Bressler, | : | |
| | : | |
| Plaintiff, | : | |
| - against - | : | |
| | : | |
| LEE BRESSLER, as Trustee of the | : | |
| Jane C. Bressler 2010-A Family Trust, et al., | : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| GREGORY MESSER, ESQ., as Chapter 7 | : | Adv. Proc. No. 21-01094 (MG) |
| Trustee of Lee Alexander Bressler, | : | |
| | : | |
| Plaintiff, | : | |
| - against - | : | |
| | : | |
| LEE BRESSLER, as Trustee of the | : | |
| Jane C. Bressler 2010-B Family Trust, et al., | : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

1

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GREGORY MESSER, ESQ., as Chapter 7        :    Adv. Proc. No. 21-01095 (MG)
Trustee of Lee Alexander Bressler,        :
                                          :
              Plaintiff,                  :
   - against -                            :
                                          :
CARLYN McCAFFREY, as Trustee of the       :
Jane C. Bressler 2014 Revocable Trust, et. al., :
                                          :
              Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GREGORY MESSER, ESQ., as Chapter 7        :    Adv. Proc. No. 21-01096 (MG)
Trustee of Lee Alexander Bressler,        :
                                          :
              Plaintiff,                  :
   - against -                            :
                                          :
ALEX DUERING TRUST UAD 11/14/1996         :
FBO JANE BRESSLER, et. al.,               :
                                          :
              Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GREGORY MESSER, ESQ., as Chapter 7        :    Adv. Proc. No. 21-01097 (MG)
Trustee of Lee Alexander Bressler,        :
                                          :
                                          :
              Plaintiff,                  :
   - against -                            :
                                          :
CARLYN McCAFFREY, as Trustee of the       :
Jane C. Bressler Marital Trust, et. al.,  :
                                          :
              Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NASSAU       )

ROSA R. LELLA, being duly sworn, deposes and says:

2

Deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, NY.

On February 11, 2022, deponent served the **Notice of Hearing on Motion and Motion, Pursuant to 11 U.S.C. § 105(a) and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving Stipulation of Settlement Compromising the Claims Asserted in the above-captioned Adversary Proceedings with Exhibit and Proposed Order** by First-Class Mail upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

To:    ***See Annexed Service List***

                                                *s/Rosa R. Lella*
                                                ROSA R. LELLA

Sworn to before me this 14th day of February 2022

*s/ Melanie A. FitzGerald*
Melanie A. FitzGerald
Notary Public, State of New York
No. 02FI4841188
Qualified in Nassau County
Commission Expires December 31, 2025

M:\Documents\Company\Cases\Bressler, Lee\Adversary Proceedings\Settlement of the Trust Adversary Proceedings\Final Settlement Documents\AOS 9019 Motion.doc

3

**SERVICE LIST**

Office of the US Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014-9449

*Parties to the Settlement:*

Ronald J. Friedman, Esq.
**SilvermanAcampora LLP**
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
*Attorneys for Lee Bressler, Individually and as a Trustee of the Jane C. Bressler 2010-A Family Trust and the Jane C. Bressler 2010-A Family Trust*

Gerard S. Catalanello, Esq.
James J. Vincequerra, Esq.
**Alston & Bird, LLP**
90 Park Avenue
New York, NY 10016
*Attorneys for Scott Bressler, Individually and as a Trustee of the Jane C. Bressler 2010-A Family Trust and the Jane C. Bressler 2010-A Family Trust*

Jon Kortmansky, Esq.
**BraunHagey & Borden LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
*Special Counsel to Gregory Messer, as Chapter 7 Trustee and Attorneys for Carbon Investment Partners, LLC and Carbon Master Fund, L.P.*

Patrick Collins, Esq.
John J. Barnosky, Esq.
**Farrell Fritz, P.C.**
400 RXR Plaza
Uniondale, NY 11556
*Attorneys for Carlyn McCaffrey, solely as Trustee of the Jane C. Bressler 2014 Revocable Trust and the Jane C. Bressler Marital Trust*

Thomas A. Draghi, Esq.
Jay S. Hellman, Esq.
**Westerman Ball Ederer Miller Zucker & Sharfstein, LLP**
1201 RXR Plaza
Uniondale, NY 11556
*Attorneys for Butterfield Trust (Bermuda) Limited,*

Rocco A. Cavaliere, Esq.
**Tarter Krinsky & Drogin LLP**
1350 Broadway
New York, NY 10024
*Attorneys for Shira Bressler*

Seth L. Levine, Esq.
**Levine Lee LLP**
5 Columbus Circle, 11th Floor
New York, NY 10019
*Attorneys for Shira Bressler*

*Courtesy copy to:*   Gregory Messer, Esq.
   **The Law Office of Gregory Messer PLLC**
   26 Court Street, Suite 2400
   Brooklyn, NY 11242
   *Chapter 7 Trustee*

*Notices of Appearance:*

Chester R. Ostrowski, Esq.
**McLaughlin & Stern, LLP**
260 Madison Avenue
New York, NY 10016
*Attorneys for Amy L. Bressler, as Trustee of the*
*83 Spring Close Trust and 83 Spring Close Trust*

Sanford P. Rosen, Esq.
**Rosen & Associates, P.C.**
747 Third Avenue
New York, NY 10017-2803
*Attorneys for Lee Bressler in the Amy L. Bressler, as Trustee*
*of the 83 Spring Close Trust Adversary Proceeding*

Jenelle C. Arnold
**Aldridge Pite, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
*Attorneys for TIAA Bank*

Tracy Klestadt, Esq.
**Klestadt Winters Jureller Southard & Stevens, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
*Attorneys for Carbon Investment Partners, LLC*
*and Carbon Master Fund, L.P*

Ehret Anne Van Horn, Esq.
**Gross Polowy, LLC**
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221
*Attorneys for Loancare, LLC*

Ronald J. Fisher, Esq.
351 California Street, 10th Floor
San Francisco, CA 94104
*Co-counsel to Carbon Investment Partners, LLC*
*and Carbon Master Fund, L.P.*

### *All Claimants and Applicable Taxing Authorities:*

American Arbitration Association
120 Broadway 21st Floor
New York, NY 10271-2700

Carbon Investment Partners LLC
Carbon Master Fund LP
316 NW 61st Street
Oklahoma City, OK 73118-7418

Northern Trust
250 Royal Palm Way
Palm Beach, FL 33480-4195

The Northern Trust Company
c/o Foley & Lardner LLP
Attn: Mark J. Wolfson, Esq.
100 North Tampa Street, Suite 2700
Tampa, FL 33602

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Santander Bank, N.A
225 East 86th St
New York, NY 10028-3118

Scott Bressler
199 New Montgomery Street, Unit 905
San Francisco, CA 94105-3805

Tiaa Everbank
501 Riverside Avenue
Jacksonville, FL 32202-4934

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

John Cahill, Esq.
Regional Council for NY/NJ
U.S. Department of Housing & Urban Development
26 Federal Plaza, Room 3500
New York, NY 10278

NYC Department of Finance
66 John Street, 2nd Floor, Room 104
New York, NY 10038

NYS Unemployment Insurance Fund
P.O. Box 551
Albany, NY  12201

NYS Department of Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-5300

Parking Violations Bureau
210 Joralemon Avenue
Brooklyn, NY  11201

Robert Roberts
Office of Site Remediation Enforcement
Office of Enforcement & Compliance Assurance
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
M/C 2272A, Room 5226D WJCS
Washington, D.C. 20004-2004

U.S. Dept. of Health & Human Services
Office of the General Counsel
26 Federal Plaza, Room 3908
New York, NY 10278

U.S. Securities & Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

United States' Attorney's Office
Southern District of New York
Attn: Tax & Bankruptcy Unit
86 Chambers Street, Third Floor
New York, NY 10007