**LAMONICA HERBST & MANISCALCO, LLP**
*Moving Forward. Staying Ahead.®*

**David A. Blansky, Esq.**
Partner
516.826.6500 x207
dab@lhmlawfirm.com

## LETTER OF ADJOURNMENT

February 17, 2022

**Via ECF & E-Mail**
Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York 10004
mg.chambers@nysb.uscourts.gov

        **In Re: Lee Alexander Bressler**
        **Case No. 18-13098 (MG)**
        **Messer v. Bressler,** *et al.*
        **Adv. Pro. No. 21-01093 (MG)**
        **Messer v. Bressler,** *et al.*
        **Adv. Pro. No. 21-01094 (MG)**
        **Messer v. McCaffrey,** *et al.*
        **Adv. Pro. No. 21-01095 (MG)**
        **Messer v. Alex Duering Trust UAD 11/14/1996** *et al.*
        **Adv. Pro. No. 21-01096 (MG)**
        **Messer v. McCaffrey,** *et al.*
        **Adv. Pro. No. 21-01097 (MG)**

Dear Judge Glenn,

      This letter shall confirm that the hearings scheduled for 2:00 p.m. on March 3, 2022 in the above-captioned adversary proceedings will now be heard at **9:00 a.m. on March 3, 2022** via Zoom for Government.

                                    Respectfully submitted,
                                    *s/David A. Blansky*
                                    David A. Blansky

DAB:rrl
cc: See attached List

**LaMonica Herbst & Maniscalco, LLP**

Page 2

**VIA E-MAIL**

Gregory Messer, Esq.
**The Law Office of Gregory Messer PLLC**
*Chapter 7 Trustee*

Ronald J. Friedman, Esq.
**SilvermanAcampora LLP**
RFriedman@SilvermanAcampora.com
*Attorneys for Lee Bressler, Individually and as a Trustee of*
*the Jane C. Bressler 2010-A Family Trust and the Jane C. Bressler 2010-A*
*Family Trust*

Gerard S. Catalanello, Esq.
James J. Vincequerra, Esq.
**Alston & Bird, LLP**
gerard.catalanello@alston.com
james.vincequerra@alston.com
*Attorneys for Scott Bressler, Individually and as a Trustee*
*of the Jane C. Bressler 2010-A Family Trust and the Jane C. Bressler 2010-*
*A Family Trust*

Jon Kortmansky, Esq.
**BraunHagey & Borden LLP**
kortmansky@braunhagey.com
*Special Counsel to Gregory Messer, as Chapter 7 Trustee and Attorneys for*
*Carbon Investment Partners, LLC and Carbon Master Fund, L.P.*

OFFICE OF THE US TRUSTEE
benjamin.j.higgins@usdoj.gov

Patrick Collins, Esq.
John J. Barnosky, Esq.
**Farrell Fritz, P.C.**
pcollins@farrellfritz.com
jbarnosky@farrellfritz.com
*Attorneys for Carlyn McCaffrey, solely as Trustee of the Jane C. Bressler*
*2014 Revocable Trust and the Jane C. Bressler Marital Trust*

Thomas A. Draghi, Esq.
Jay S. Hellman, Esq.
**Westerman Ball Ederer Miller**
**Zucker & Sharfstein, LLP**
tdraghi@westermanllp.com
jhellman@westermanllp.com
*Attorneys for Butterfield Trust (Bermuda) Limited,*

Rocco A. Cavaliere, Esq.
**Tarter Krinsky & Drogin LLP**
rcavaliere@tarterkrinsky.com
*Attorneys for Shira Bressler*

Seth L. Levine, Esq.
**Levine Lee LLP**
slevine@levinelee.com
*Attorneys for Shira Bressler*

**LaMonica Herbst & Maniscalco, LLP**

Page 3

Chester R. Ostrowski, Esq.
**McLaughlin & Stern, LLP**
costrowski@mclaughlinstern.com
*Attorneys for Amy L. Bressler, as Trustee of the*
*83 Spring Close Trust and 83 Spring Close Trust*

Sanford P. Rosen, Esq.
**Rosen & Associates, P.C.**
srosen@rosenpc.com
*Attorneys for Lee Bressler in the Amy L. Bressler, as*
*Trustee of the 83 Spring Close Trust Adversary Proceeding*

Jenelle C. Arnold
**Aldridge Pite, LLP**
jarnold@aldridgepite.com
*Attorneys for TIAA Bank*

Tracy Klestadt, Esq.
**Klestadt Winters Jureller Southard & Stevens, LLP**
tklestadt@klestadt.com
*Attorneys for Carbon Investment Partners, LLC*
*and Carbon Master Fund, L.P*

Ehret Anne Van Horn, Esq.
**Gross Polowy, LLC**
evanhorn@grosspolowy.com
*Attorneys for Loancare, LLC*

Ronald J. Fisher, Esq.
Fisher@braunhagey.com
*Co-counsel to Carbon Investment Partners, LLC*
*and Carbon Master Fund, L.P.*

The Northern Trust Company
**c/o Foley & Lardner LLP**
Attn: Mark J. Wolfson, Esq.
mwolfson@foley.com

Page 4

**Via First-Class Mail**

Northern Trust
250 Royal Palm Way
Palm Beach, FL 33480-4195

NYS Department of Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-5300

Carbon Investment Partners LLC
Carbon Master Fund LP
316 NW 61st Street
Oklahoma City, OK 73118-7418

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

John Cahill, Esq.
Regional Council for NY/NJ
U.S. Department of Housing & Urban Development
26 Federal Plaza, Room 3500
New York, NY 10278

NYC Department of Finance
66 John Street, 2nd Floor, Room 104
New York, NY 10038

NYS Unemployment Insurance Fund
P.O. Box 551
Albany, NY 12201

Parking Violations Bureau
210 Joralemon Avenue
Brooklyn, NY 11201

Robert Roberts
Office of Site Remediation Enforcement
Office of Enforcement & Compliance Assurance
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
M/C 2272A, Room 5226D WJCS
Washington, D.C. 20004-2004

U.S. Dept. of Health & Human Services
Office of the General Counsel
26 Federal Plaza, Room 3908
New York, NY 10278

U.S. Securities & Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

United States' Attorney's Office
Southern District of New York
Attn: Tax & Bankruptcy Unit
86 Chambers Street, Third Floor
New York, NY 10007

American Arbitration Association
120 Broadway 21st Floor
New York, NY 10271-2700

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Santander Bank, N.A
225 East 86th St
New York, NY 10028-3118

Scott Bressler
199 New Montgomery Street, Unit 905
San Francisco, CA 94105-3805

Tiaa Everbank
501 Riverside Avenue
Jacksonville, FL 32202-4934